```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00405-JJT
Lori Ann Uher                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Apr 19, 2018
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2018.
db             +Lori Ann Uher,    1032 Fisk St.,    Scranton, PA 18509-1138
               +Robert Watkins,    1032 Fisk St.,   Scranton, PA 18509-1138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2018 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David  Schwager    on behalf of Creditor    Fairway Consumer Discount Company des@csmlawoffices.com, dschwagr@epix.net
              James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com
              Tullio  DeLuca    on behalf of Debtor 1 Lori Ann Uher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lori Ann Uher aka Lori A. Uher, aka Lori Uher, aka Lori A. Vaughn<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　　　Moving Party<br>　　vs. | NO. 16-00405 JJT |
| Lori Ann Uher aka Lori A. Uher, aka Lori Uher, aka Lori A. Vaughn<br>　　　　　　　　　Debtor<br>　　　　　　and<br>Robert Watkins<br>　　　　　　　　　Co-Debtor<br>　　　　　　and<br>Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay and co-debtor stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA HIGHLANDER, VIN: 5TDBKRFH3FS144197, in a commercially reasonable manner.

Dated: April 19, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)