Certificate Number: 01267-PAM-DE-035453374

Bankruptcy Case Number: 16-00405



01267-PAM-DE-035453374

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 12, 2021</u>, at <u>11:12</u> o'clock <u>AM CST</u>, <u>Lori A Uher</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 12, 2021</u>           By:      <u>/s/Gloria Cantu</u>

                                  Name:   <u>Gloria Cantu</u>

                                  Title:   <u>Counselor</u>