Certificate Number: 01267-PAM-DE-035453374

Bankruptcy Case Number: 16-00405


01267-PAM-DE-035453374

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 12, 2021, at 11:12 o'clock AM CST, Lori A Uher completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 12, 2021                By:    /s/Gloria Cantu

                                    Name:  Gloria Cantu

                                    Title: Counselor