# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    LORI ANN UHER                                   Case No.: 5-16-00405-RNO
                                                              Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | FAIRWAY CONSUMER DISCOUNT |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 6271/PRE ARREARS/1032 FISK STREET |
| Property Address if applicable: | 1032 FISK ST., , SCRANTON, PA18509 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $9,245.00 |
| b. | Prepetition arrearages paid by the Trustee: | $212.23 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $212.23 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2021 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com

Creditor Name: FAIRWAY CONSUMER DISCOUNT
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1159186 | 12/06/2016 | $212.23   | $0.00    | $212.23    |
| 5200  | 1171480 | 08/10/2017 | $213.64   | $0.00    | $213.64    |
| 5200  | 0       | 08/22/2017 | $-213.64  | $0.00    | $-213.64   |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

LORI ANN UHER    Case No.: 5-16-00405-RNO
                 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE                SERVED ELECTRONICALLY
381 N 9TH AVENUE
SCRANTON PA, 18504-

FAIRWAY CONSUMER DISCOUNT             SERVED BY 1ST CLASS MAIL
COCHARITON, SCHWAGER, & MALAK
138 SOUTH MAIN STREET P.O. BOX 910
WILKES-BARRE, PA, 18703-0910

LORI ANN UHER                         SERVED BY 1ST CLASS MAIL
1032 FISK ST.
SCRANTON, PA 18509

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021

s/ Liz Joyce
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com