In re:  Case No. 16-00405-HWV

Lori Ann Uher  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 14, 2021 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Uher, 1032 Fisk St., Scranton, PA 18509-1138 |
| cr | | Fairway Consumer Discount Company, c/o Chariton, Schwager & Malak, 138 South Main Street, P.O. Box 910, Wilkes Barre, PA 187030910 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 4747315 | + | ACS, 501 Bleecker St., Utica, NY 13501-2401 |
| 4747317 | | Chariton, Schwager & Malak, 138 S. Main Street., P.O. Box 910, Wilkes-Barre, PA 18703-0910 |
| 4747319 | | Dynamic Recovery Solutions, 135 Interstate Blvd., Unit 6, Greenville, SC 29615-5720 |
| 4747320 | + | Fairway Consumer Discount Co., 8 Marion Street, P.O. Box 12, Luzerne, PA 18709-0012 |
| 4763364 | | Fairway Consumer Discount Company, c/o Chariton, Schwager & Malak, 138 South Main Street, P.O. Box 910, Wilkes-Barre, PA 18703-0910 |
| 4747322 | + | Lamont, Hanley & Assoc., Inc, 1138 Elm Street, P.O. Box 179, Manchester, NH 03105-0179 |
| 4747323 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4794274 | + | Porania LLC, c/o Biltmore Asset Management, 24500 Center Ridge Rd Ste 472, Westlake, OH 44145-5605 |
| 4747328 | + | Robert & Judith Watkins, 2203 Wyoming Ave., Scranton, PA 18509-1403 |
| 4781677 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 9013, Addison, Texas 75001-9013 |
| 4747331 | + | Valor FCU, 315 Franklin Ave., Scranton, PA 18503-1201 |
| 4747333 | #+ | Vincent Uher, 1032 Fisk St., Scranton, PA 18509-1138 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: AIS.COM | Jun 14 2021 23:03:00 | American InfoSource LP as agent for Spot Loan fka, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4749264 | | EDI: AIS.COM | Jun 14 2021 23:03:00 | American InfoSource LP as agent for, Spot Loan, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4747316 | + | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4756128 | | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4747318 | | EDI: WFNNB.COM | Jun 14 2021 23:03:00 | Comenity Bank/Ann Taylor, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 4747321 | | EDI: AMINFOFP.COM | Jun 14 2021 23:03:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 4747325 | + | EDI: TCISOLUTIONS.COM | Jun 14 2021 23:03:00 | Mid America Bank & Trust, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 4747326 | + | EDI: MID8.COM | | |

| Recip ID | | Bypass Reason / EDI | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jun 14 2021 23:03:00 | Midland Funding LLC, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 4789489 | | EDI: NAVIENTFKASMSERV.COM | Jun 14 2021 23:03:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4747327 | | EDI: NAVIENTFKASMDOE.COM | Jun 14 2021 23:03:00 | Navient U S. DEpt of Education Loan Serv, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 4761021 | | EDI: Q3G.COM | Jun 14 2021 23:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4747329 | | EDI: RMSC.COM | Jun 14 2021 23:03:00 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5060 |
| 4747330 | | EDI: TFSR.COM | Jun 14 2021 23:03:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408 |
| 5115058 | | EDI: BL-BECKET.COM | Jun 14 2021 23:03:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4747332 | + | EDI: VERIZONCOMB.COM | Jun 14 2021 23:03:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4747324 | *+ | Lori Ann Uher, 1032 Fisk St., Scranton, PA 18509-1138 |
| 4776343 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| David Schwager | on behalf of Creditor Fairway Consumer Discount Company des@csmlawoffices.com dschwagr@epix.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jerome B Blank | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com |
| Tullio DeLuca | on behalf of Plaintiff Lori Ann Uher tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Lori Ann Uher tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lori Ann Uher<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2052<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–00405–HWV | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lori Ann Uher
aka Lori A. Uher, aka Lori Uher, aka Lori A. Vaughn

**By the court:**

6/14/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**