United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                           Case No. 16-00405-HWV  
Lori Ann Uher                           Chapter 13  
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                   User: AutoDocke                   Page 1 of 2  
Date Rcvd: Jun 15, 2021                   Form ID: fnldec                   Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

**Recip ID            Recipient Name and Address**  
db               +   Lori Ann Uher, 1032 Fisk St., Scranton, PA 18509-1138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021                   Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| David Schwager | on behalf of Creditor Fairway Consumer Discount Company des@csmlawoffices.com dschwagr@epix.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pamb@fedphe.com |

| | | |
|---|---|---|
| Tullio DeLuca | | on behalf of Plaintiff Lori Ann Uher tullio.deluca@verizon.net |
| Tullio DeLuca | | on behalf of Debtor 1 Lori Ann Uher tullio.deluca@verizon.net |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Lori Ann Uher,<br>aka Lori A. Uher, aka Lori Uher, aka Lori A. Vaughn, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:16−bk−00405−HWV |

Social Security No.:
xxx−xx−2052

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 15, 2021

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (10/20)